UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAURICE WHITE,

    Plaintiff

v.

CASE NO.: 3:18-cv-00437-BJD-JBT

NRA GROUP, LLC,

    Defendant.

_____/

**MOTION TO DEEM PENDING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT (DE 12) AS WITHDRAWN**

Defendant respectfully moves the Court to deem withdrawn its counsel's pending Motion to Withdraw as Counsel for Defendant, as follows:

1. On July 19, 2018, counsel for Defendant NRA Group, LLC moved the Court for leave to withdraw as counsel for Defendant pursuant to Middle District of Florida Local Rule 2.03 and Rule 4-1.16(b)(4) of the Rules Regulating the Florida Bar. DE 12.

2. The circumstances giving rise to counsel's request for leave to withdraw have been rectified, such that the cited grounds for withdrawal no longer exist.

3. As such, undersigned counsel respectfully moves the Court to deem withdrawn its pending Motion to Withdraw as Counsel for Defendant.

4. In accordance with Local Rule 3.01(g), undersigned counsel respectfully submits that Plaintiff consents to this Motion.

## MEMORANDUM OF LAW

On July 19, 2018, counsel for Defendant moved for leave to withdraw her appearance pursuant to Rule 4-1.16(b)(4).  DE 12.  On July 23, 2018, the Court issued an Order requiring Defendant to make its contact information, and its intent regarding the remainder of this case retention of new counsel, known to the Court.  DE 13.  On August 13, 2018, undersigned counsel provided the Court with Defendant's contact information, and advised the Court that counsel and Defendant were working to remedy the circumstances giving rise to counsel's request for leave to withdraw.  DE 14.

Defendant respectfully submits that such circumstances have been addressed, thus obviating the previously cited grounds for seeking leave to withdraw.  As such, with the knowledge and consent of all parties, undersigned counsel respectfully moves the Court to deem its pending Motion to Withdraw as Counsel for Defendant as withdrawn.

                                          Respectfully submitted,

                                          **MESSER STRICKLER, LTD.**

By:   */s/ Lauren M. Burnette*
        LAUREN M. BURNETTE, ESQUIRE
        FL I.D. No. 120079
        450-106 State Road 13 N.
        Suite 326
        St. Johns, FL 32259
        (904) 201-9120
        lburnette@messerstrickler.com
        Counsel for Defendant

Dated:  August 15, 2018

**CERTIFICATE OF SERVICE**

I certify that on August 15, 2018, a copy of the foregoing document was served on all counsel of record via CM/ECF; upon Defendant by email; and upon Defendant by U.S. Mail, postage prepaid.

**MESSER STRICKLER, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL I.D. No. 120079
450-106 State Road 13 N., Suite 326
St. Johns, FL 32259
(904) 201-9120
lburnette@messerstrickler.com
Counsel for Defendant

Date:  August 15, 2018