UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAURICE WHITE,

    Plaintiff,

v.                                        Case No.: 3:18-cv-437-J-39JBT

NRA GROUP, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Notice of Voluntary Dismissal With Prejudice (Doc. No. 23; Notice) filed on June 18, 2019. In the Notice, Plaintiff requests dismissal of this case with prejudice. See Notice at 1.

Accordingly, it is hereby

**ORDERED:**

1.     This case is **DISMISSED with prejudice**.

2.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 19th day of June, 2019.

                                                    BRIAN J. DAVIS
                                                    United States District Judge

**Copies furnished to:**

Counsel of Record

ap